HAYNES AND BOONE, LLP
Mary-Christine Sungaila (Bar No.156795)
  mc.sungaila@haynesboone.com
Martin M. Ellison (Bar No. 292060)
  martin.ellison@haynesboone.com
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Telephone:  (949) 202-3000
Facsimile:    (949) 202-3100

R. Thaddeus Behrens (Bar No. 196322)
  thad.behrens@haynesboone.com
2323 Victory Ave., Suite 700
Dallas, TX 75219
Telephone: 214-651-5000
Facsimile: 214-200-0886

Sarah Jacobson
(Admitted *Pro Hac Vice*)
  sarah.jacobson@haynesboone.com
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Telephone: 212-918-8967
Facsimile: 212-884-8214

Attorneys for Defendants
Molina Healthcare of California;
Molina Healthcare of California Partner Plan, Inc.; and
Molina Healthcare, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California Corporation, individually and as the representative of a class of similarly-situated persons,<br>Plaintiff,<br>v.<br>MOLINA HEALTHCARE OF CALIFORNIA; MOLINA HEALTHCARE OF CALIFORNIA PARTNER PLAN, INC.; and MOLINA HEALTHCARE, INC.; and JOHN DOES 1-10,<br>Defendants | Case No. 2:15-cv-06403-AB-JC<br><br>Assigned To: Hon. Andre Birotte, Jr.<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Served: Sept. 1, 2015 |

---

JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, ERIC B. FROMER CHIROPRACTIC, INC., and Defendants, Molina Healthcare of California, Molina Healthcare of California Partner Plan, Inc., and Molina Healthcare, Inc., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice. Each party to bear its own costs.

DATED: October 20, 2016  **GERAGOS AND GERAGOS APC**

By: */s/ Mark John Geragos*
Mark John Geragos (SBN 108325)
Benjamin Jared Meiselas (SBN 277412)
*Counsel for Plaintiff*

DATED: October 20, 2016  ANDERSON AND WANCA

By: */s/ Brian J. Wanca*
Brian J. Wanca (pro hace vice)
Ryan M. Kelly (pro hac vice)
*Counsel for Plaintiff*

DATED: October 20, 2016  **HAYNES AND BOONE, LLP**

By: */s/ Mary-Christine Sungaila*
Mary-Christine Sungaila (SBN 156795)
R. Thaddeus Behrens (SBN 196322)
Martin M. Ellison (SBN 292060)
Sarah Jacobson (SBN 4705646)
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 600 Anton Boulevard, Suite 700, Costa Mesa, California 92626.

I hereby certify that on October 20, 2016, I electronically filed the foregoing documents described as: **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

> Benjamin Jared Meiselas
> Mark John Geragos
> Geragos and Geragos APC
> Historic Engine Co No 28
> 644 South Figueroa Street
> Los Angeles, CA 90017-3411
> 213-625-3900
> Fax: 213-232-3255
> Email: meiselas@geragos.com; mark@geragos.com

> Brian J Wanca
> Ryan M Kelly
> Anderson and Wanca
> 3701 Algonquin Road Suite 760
> Rolling Meadows, IL 60008
> 847-368-1500
> Fax: 847-368-1501
> Email: bwanca@andersonwanca.com; rkelly@andersonwanca.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 20, 2016, at Costa Mesa, California.

> */s/ Breean Cordova*
> Breean Cordova