HAYNES AND BOONE, LLP
Mary-Christine Sungaila (Bar No.156795)
   mc.sungaila@haynesboone.com
Martin M. Ellison (Bar No. 292060)
   martin.ellison@haynesboone.com
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Telephone:  (949) 202-3000
Facsimile:   (949) 202-3100

JS-6

R. Thaddeus Behrens (Bar No. 196322)
   thad.behrens@haynesboone.com
2323 Victory Ave., Suite 700
Dallas, TX 75219
Telephone: 214-651-5000
Facsimile: 214-200-0886

Sarah Jacobson
(Admitted *Pro Hac Vice*)
   sarah.jacobson@haynesboone.com
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Telephone: 212-918-8967
Facsimile: 212-884-8214

Attorneys for Defendants
Molina Healthcare of California;
Molina Healthcare of California Partner Plan, Inc.; and
Molina Healthcare, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California Corporation, individually and as the representative of a class of similarly-situated persons,<br>        Plaintiff,<br>    v.<br>MOLINA HEALTHCARE OF CALIFORNIA; MOLINA HEALTHCARE OF CALIFORNIA PARTNER PLAN, INC.; and MOLINA HEALTHCARE, INC.; and JOHN DOES 1-10,<br>        Defendants | Case No. 2:15-cv-06403-AB-JC<br><br>Assigned To: Hon. André Birotte Jr.<br><br>**ORDER OF DISMISSAL**<br><br><br>Complaint Served: Sept. 1, 2015 |

1    This matter comes before the Court on the Joint Stipulation of Dismissal
2    With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)
3    submitted by Plaintiff ERIC B. FROMER CHIROPRACTIC, INC. and Defendants
4    Molina Healthcare of California, Molina Healthcare of California Partner Plan,
5    Inc., and Molina Healthcare, Inc.  Having reviewed the parties' joint stipulation, it
6    is hereby ORDERED that:
7       The Court hereby dismisses this action with prejudice, class allegations
8    without prejudice, pursuant to stipulation of the parties. Each party to bear its own
9    costs.

11   **IT IS SO ORDERED.**

13   DATED: October 20, 2016          _____
                                      André Birotte Jr.
14                                    United States District Judge